PETITION OF BENJAMIN CARR, 1748

At a Court of Vice Admiralty held at Newport In the Colony of Rhode Island on Thursday the Thirtieth of June A. D. 1748

Present the Hon^ble W^m Strengthfield Esq^r Dep: Judge

The Court being opened. The Petition of Benj^m Carr was read in Court And his Hon^r the Dep: Judge gave his Decree And the Court was adjourned untill further notice.

M^r Godfrey Mallbone, Samuel Vernon, William Vernon and Samuel Frebody comes into Court and acknowledge themselves to be Indebted to our Sovereign Lord the King. In the Penal Sum of Two Thousand Pounds Current Money of the Colony of Rhode Island Old Tenor with Conditions that if they or either of them, shall pay or cause to be paid unto Joseph Wanton Esq^r D. Collector of the Customs for the Port of Newport, The Duty of Five Shillings Sterling for every Hundred of Sugar so Libelled, provided always the s^d Sugars shall be sold and consumed in this Colony.

| Test | Godfrey Mallbone | (L. S.) |
| Tho^s Vernon | Sam Vernon | (L.S.) |
| | W^m Vernon | (L.S.) |
| | Sam^ll Freebody | (L.S.) |